# Law Offices of Charles E. Finelli & Associates, PLLC

FRANK A. ROSS

1406-08 ZEREGA AVENUE
BRONX, NEW YORK 10462
_____

MIRIAM RIVERA
Office Manager

TEL: 718-822-8020    FAX: 718-822-8024

May 26, 2022   <u>Via</u> ECF & Email to Failla NYSDChambers@nysd.uscourts.gov

Hon. Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007



Re:   <u>Eliezer Tejeda et al. v. D.L. Peterson Trust, et al.</u>
      Civil Case No.: 1:21-cv-9175-KPF

Dear Judge Failla:

   As you know, this office represents plaintiffs Eliezer, Maria, and Elizabeth Tejeda in this action.

   By Order dated January 24, 2022, this matter was set down for a Pre-Trial Conference on Tuesday, May 31, 2022, at 11:00AM, at the Foley Square Courthouse.

   However, as the parties believe that they are now very close to settlement, it is respectfully requested that both the Pre-Trial Conference and the deadline for Expert Witness Disclosures (which is presently June 16, 2022) each be adjourned, for a period of approximately 60 days.  It is hoped and believed that the additional time will allow the anticipated settlement to be consummated, between the parties, and <u>without</u> imposing upon the Court's time.

   Our office has been in communication with Douglas A. Gingold, Esq., the attorney of record for defendants, and it is our understanding that he consents to the relief requested herein.

Very truly yours,

Law Offices of Charles E. Finelli & Associates, PLLC
Attorneys for Plaintiffs

*Charles E. Finelli*

By:  Charles E. Finelli

cc:
Douglas A. Gingold, Esq.
By Email to DGingold@travelers.com

Application GRANTED. The post-fact discovery conference currently scheduled for May 31, 2022, is hereby ADJOURNED to August 2, 2022, at 10:00 a.m., in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. In addition, the deadline for expert witness disclosures is hereby extended to August 15, 2022.

The Clerk of Court is directed to terminate the pending motion at docket entry 17.

Dated:    May 26, 2022
          New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE